**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-11582
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DENNIS ALEXANDER HODGSON,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cr-00049-VMC-AEP-2
_____

Before JORDAN, ROSENBAUM, and KIDD, Circuit Judges.

PER CURIAM:

Jonathan E. Hackworth, appointed counsel for Dennis Hodgson in this direct criminal appeal, has moved to withdraw

2                        Opinion of the Court                  25-11582

from further representation of the appellant and filed a brief pursu-
ant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent
review of the entire record reveals that counsel's assessment of the
relative merit of the appeal is correct.  Because independent exam-
ination of the entire record reveals no arguable issues of merit,
counsels' motion to withdraw is **GRANTED**, and Hodgson's con-
viction and sentence are **AFFIRMED**.